BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 1:13−CV−01552 AWI−GSA<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER |

Plaintiffs Jeriah Backer and Z.B., by and through his Guardian ad Litem, Jeriah Backer ("Plaintiffs "), and Defendant United States of America ("United States"), stipulate, by and through the undersigned counsel, that the Scheduling Conference be continued to February 20, 2014 at 9:30 a.m. The parties base this stipulation on good cause, which includes the desire of the parties to engage in discussions regarding early resolution of the case. The parties agree that this short extension of the time will not cause any prejudice to the parties.

///

///

///

///

///

///

Accordingly, the parties stipulate and agree that the Scheduling Conference be continued to February 20, 2014 at 9:30 a.m., and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: December 23, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States

Dated: December 23, 2013

SMITH LAW OFFICES

/s/Douglas C. Smith
Douglas C. Smith
Attorneys for Plaintiffs

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby continues the Scheduling Conference to February 20, 2014 at 9:30 a.m..

IT IS SO ORDERED.

Dated: **December 26, 2013**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE