BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA and DOES 1 through 10, Inclusive, <br><br>Defendants. | Case No. 1:13−CV−01552 AWI−GSA <br><br>STIPULATION TO CONTINUE UNITED STATES' MOTION TO DISMISS; ORDER <br><br>Date:  March 17, 2014 <br>Time: 1:30 p.m. <br>Ctrm.: 2 <br>Honorable Anthony W. Ishii |

Plaintiffs Jeriah Backer and Z.B., by and through his Guardian ad Litem, Jeriah Backer ("Plaintiffs "), and Defendant United States of America ("United States"), stipulate, by and through the undersigned counsel, that the Motion to Dismiss currently scheduled for March 17, 2014 be continued to May 5, 2014 at 1:30 p.m.  The parties base this stipulation on good cause, which includes plaintiffs' counsel's attempts to join Craig Backer's two sons from a prior relationship in this lawsuit.  The parties agree that this short extension of the time will not cause any prejudice to the parties.

///
///
///
///
///
///

1 | Accordingly, the parties stipulate and agree that the Motion to Dismiss currently scheduled for
2 | March 17, 2014 be continued to May 5, 2014 at 1:30 p.m., and base it on the above-stated good cause.
3 | The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  February 28, 2014						BENJAMIN B. WAGNER
								UNITED STATES ATTORNEY


								/s/Alyson A. Berg
								Alyson A. Berg
								Assistant United States Attorney
								Attorney for Defendant United States


Dated:  February 27, 2014						SMITH LAW OFFICES

								(As authorized 02/27/14)
								/s/Douglas C. Smith
								Douglas C. Smith
								Attorneys for Plaintiffs

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby continues the Motion to Dismiss from March 17, 2014 to May 5, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   February 28, 2014			_____
							SENIOR  DISTRICT  JUDGE