BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER, <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA and DOES 1 through 10, Inclusive, <br><br>　　　　　　　Defendants. | Case No. 1:13−CV−01552 AWI−GSA <br><br>STIPULATION TO CONTINUE UNITED STATES' MOTION TO DISMISS AND SCHEDULING CONFERENCE; ORDER <br><br>Date:  May 5, 2014 <br>Time: 1:30 p.m. <br>Ctrm.: 2 <br>Honorable Anthony W. Ishii |

　　　　Plaintiffs Jeriah Backer and Z.B., by and through his Guardian ad Litem, Jeriah Backer ("Plaintiffs"), and Defendant United States of America ("United States"), stipulate, by and through the undersigned counsel, that the Motion to Dismiss currently scheduled for May 5, 2014 be continued to June 16, 2014 at 1:30 p.m.  The parties base this stipulation on good cause, which includes plaintiffs' counsel's attempts to join Craig Backer's two sons from a prior relationship in this lawsuit.  A Joint Request for Order for Disclosure of Personally Identifiable Information [Proposed Order] ["Docket 22] was filed on April 10, 2014 seeking an order to allow the Department of Veteran's Affairs to disclose the address of the two minor sons' guardian to counsel for Plaintiffs to move this matter forward.  The requested Order remains outstanding.

　　　　The parties also request that the Scheduling Conference currently scheduled for April 30, 2014 at 10:00 a.m. be continued to July 9, 2014 at 10:00 a.m. for the reasons stated above.  The parties agree that this short extension of the time will not cause any prejudice to the parties.

**1**   Accordingly, the parties stipulate and agree that the Motion to Dismiss currently scheduled for
**2** May 5, 2014 be continued to June 16, 2014 at 1:30 p.m., the Scheduling Conference currently scheduled
**3** for April 30, 2014 at 10:00 a.m. be continued to July 9, 2014 at 10:00 a.m., and base it on the above-
**4** stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

**5**                                                                 Respectfully submitted,

**6** Dated:  April 18, 2014                              BENJAMIN B. WAGNER
                                                                       UNITED STATES ATTORNEY
**7**

**8**                                                                 /s/Alyson A. Berg
                                                                       Alyson A. Berg
**9**                                                                 Assistant United States Attorney
                                                                       Attorney for Defendant United States
**10**

**11** Dated:  April 18, 2014                              SMITH LAW OFFICES

**12**                                                                 (As authorized 04/18/14)
                                                                       /s/Douglas C. Smith
**13**                                                                 Douglas C. Smith
                                                                       Attorneys for Plaintiffs
**14**

**15**                                              **ORDER**

**16**   Having reviewed the stipulation submitted by the parties, the court hereby continues the Motion
**17** to Dismiss currently scheduled for May 5, 2014 to June 16, 2014 at 1:30 p.m. and continues the
**18** Scheduling Conference currently scheduled for April 30, 2014 at 10:00 a.m. to July 9, 2014 at 10:00
**19** a.m.

**20**
**21** IT IS SO ORDERED.

**22** Dated:   April 20, 2014                              _____
                                                                       SENIOR  DISTRICT  JUDGE
**23**
**24**
**25**
**26**
**27**
**28**