# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____/ | 1:13-cv-1552-AWI-GSA<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On February 11, 2014, Defendant United States of America, filed a motion to dismiss pursuant to Federal Rule of Civil Procedure Rules 12(b)(7) and 19 for failure to join all necessary parties. After several extensions of time, the motion to dismiss was set for hearing on June 16, 2014. Plaintiffs Jeriah Backer and Z.B. filed an opposition on June 2, 2014. Defendant filed its reply on June 9, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 16, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  June 11, 2014                                      _____
                                                                                   SENIOR  DISTRICT  JUDGE