# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-01552 -GSA<br><br>**ORDER DENYING REQUEST TO SHORTEN TIME**<br><br>(Doc. 41) |

On January 20, 2015, Plaintiff Jeriah Backer and Z.B., through his *guardian ad litem,* Jeriah Backer, filed a Petition for Approval of Minor's Compromise, along with a Stipulation to Shorten Time, requesting that the Court hold a hearing to review the Petition on January 23, 2015. ECF Nos. 39, 41. Plaintiffs base their request to shorten time on the assertion that the annuity they have chosen to use for the disbursement of the minor's portion of the settlement has a funding deadline of March 23, 2015.

Plaintiffs have not demonstrated good cause to shorten time for the hearing on the Petition. *See* Local Rule 144(e). Specifically, Plaintiffs have not explained why this specific annuity must be used, nor have they articulated adequate facts justifying their failure to provide for adequate time in advance of the necessary funding date. Accordingly, the request to shorten

time for the hearing on the Petition is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

   Dated:   **January 21, 2015**                 **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE