# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-01552 -GSA<br><br>**ORDER GRANTING RENEWED REQUEST TO SHORTEN TIME**<br><br>(ECF Nos. 41, 43) |

On January 20, 2015, Plaintiffs Jeriah Backer and Z.B., through his *guardian ad litem,* Jeriah Backer, filed a Petition for Approval of Minor's Compromise (the "Petition"), along with a Stipulation to Shorten Time, requesting that the Court hold a hearing to review the Petition on January 23, 2015. ECF Nos. 39, 41. The Court denied that request without prejudice on January 21, 2015. ECF No. 42. Plaintiffs renewed the request for a hearing date on January 27, 2015 and submitted a Declaration by Douglas C. Smith (the "Smith Declaration"), Plaintiffs' counsel, in support of the request. ECF No. 43. Plaintiffs now request the Court set a hearing date for the Petition "as soon as possible." *Id.*

According to the Smith Declaration, the parties had originally planned to file the Petition in December. Vacation plans, however, interfered with the finalization of the settlement. The

initial quote for the annuity is only good for 90 days (plus a 2 week extension), which requires the annuity to be funded by March 23, 2015. Plaintiff has investigated other annuity options and believes that these others will offer a lower net return on investment for the minor.

Plaintiff has provided a "satisfactory explanation for the need for the issuance" of an order shortening time. *See* Local Rule 144(e). Accordingly, the hearing on Plaintiff's Stipulated Petition for Approval of Minor's Compromise is hereby scheduled for **February 13, 2015** at **9:30 a.m.** in **Courtroom 10** of the above-named court. Any additional motion papers or briefing shall be filed on or before **February 6, 2015**.

IT IS SO ORDERED.

Dated:   **January 28, 2015**                          /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE