**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-01552 -GSA<br><br>**ORDER REGARDING DEADLINE FOR DISMISSAL DOCUMENTS**<br><br>(ECF No. 47) |

In response to the mutual request of the parties for an order clarifying the date by which dispositional documents shall be filed in this case, IT IS HEREBY ORDERED that any notice of dismissal shall be filed in accordance with the Order Granting the Stipulated Petition for Approval of Settlement and Compromise of Minor's Claims. ECF No. 46. Any previously existing deadlines for the filing of a stipulated dismissal of this case are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 24, 2015**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE