**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERIAH BACKER and Z.B., by and through his Guardian ad Litem, JERIAH BACKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 1:13-cv-01552-GSA<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>(ECF No. 51) |

On March 26, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court. ECF No. 51. Accordingly, the instant matter is dismissed with prejudice. The parties will bear their own respective costs, including attorney fees and other litigation expenses, subject to the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated:   **March 27, 2015**                    /s/ Gary S. Austin
                                                                UNITED STATES MAGISTRATE JUDGE